UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 18-11585-NMG

GIANNA KRSTIC

v.

SOFREGEN MEDICAL INC., ET AL

## ORDER OF DISMISSAL

GORTON, D.J.

    In accordance with the Court's allowance of the Defendant's Motion to Dismiss on 4/8/2019, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Christine M. Lima
Deputy Clerk

April 8, 2019

To: All Counsel